# United States Court of Appeals
# for the Fifth Circuit

———————

No. 25-10272
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**
September 9, 2025

Lyle W. Cayce
Clerk

Eric Martin Matthews,

*Petitioner—Appellant*,

*versus*

Rodney Chandler, *Warden, Federal Medical Center Forth Worth*,

*Respondent—Appellee*.

———————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:24-CV-405

———————————————————————

Before Richman, Southwick, and Willett, *Circuit Judges*.

Per Curiam:[*]

Eric Martin Matthews, federal prisoner # 75804-004, appeals from the district court's denial of his 28 U.S.C. § 2241 petition challenging his prison disciplinary conviction and resulting loss of 27 days of good-time credits. "This Court must examine the basis of its jurisdiction, on its own motion, if necessary." *Mosley v. Cozby*, 813 F.2d 659, 660 (5th Cir. 1987).

———————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-10272

"Whether an appeal is moot is a jurisdictional matter, since it implicates the Article III requirement that there be a live case or controversy." *United States v. Heredia-Holguin*, 823 F.3d 337, 340 (5th Cir. 2016) (en banc) (quoting *Bailey v. Southerland*, 821 F.2d 277, 278 (5th Cir. 1987)).

The instant case is moot because Matthews has been released from prison. *See Bailey*, 821 F.2d at 278-79. Accordingly, the appeal is DISMISSED for lack of jurisdiction.